# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINO MICHELI ET AL.,** | CASE NO. 21-cv-6246-YGR |
| Plaintiffs, | |
| vs. | **ORDER OF CONDITIONAL DISMISSAL** |
| **VIGOR SHIPYARDS, INC. (FKA TODD PACIFIC SHIPYARDS CORP.) ET AL.** | |
| Defendants. | |

The Court is in receipt of plaintiffs' notice of settlement filed January 31, 2022 (Dkt. No. 24.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: February 3, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**